United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENAN THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSUNION,<br><br>        Defendant. | Case No. 24-cv-08913-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to *Thompson v. Equifax*, 3:24-cv-08904-CRB.

**IT IS SO ORDERED.**

Dated: December 11, 2024

_____
TRINA L. THOMPSON
United States District Judge