IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENAN THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION,<br><br>    Defendant. | Case No. 24-cv-08913-CRB<br><br>**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Local Civil Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Vince Chhabria for consideration whether the case is related to Thompson v. Experian, No. 24-cv-8896-VC (N.D. Cal. filed Dec. 9, 2024). The parties may file a response in opposition to or support of relating the cases within 14 days of this order. See Loc. Civ. Rule 3-12(e).

**IT IS SO ORDERED.**

Dated: March 11, 2025

CHARLES R. BREYER
United States District Judge